IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00585-LTB

RONALD M. S. COX, JR.,

    Applicant,

v.

KATHRYN A. STARNELLA,
COLORADO DEPARTMENT OF CORRECTIONS,
TOM CLEMENTS,
ARAPAHOE COUNTY DISTRICT COURT, and
WARDEN OF STERLING CORRECTIONAL CENTER,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 11, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 11 day of March, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ S. Grimm
                          Deputy Clerk